**Clarence T. NALLS, Jr., Plaintiff—
Appellant**

**v.**

**Charles B. PLATTSMIERE, in his individual capacity as Chief Disciplinary Counsel for the Louisiana Disciplinary Board; Rodney Hastings, in his individual capacity as Deputy Disciplinary Counsel for the Louisiana Disciplinary Board; Billy Pesnell, in his individual capacity as Chairman of the Louisiana Disciplinary Board, Defendants—Appellees.**

**No. 10–30351
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 1, 2010.

Clarence T. Nalls, Jr., Baton Rouge, LA, pro se.

Bridget Benoit Denicola, Assistant Attorney General, Office of the Attorney General, David Glen Sanders, Assistant Attorney General, Louisiana Department of Justice, Baton Rouge, LA, for Defendants–Appellees.

Before REAVLEY, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM: *

The request to recuse is rejected. No conflict of interest exists and appellant complains only of action consistent with the judicial duties of this court.

Appellant has failed to state a viable complaint. His problem is only with the exercise of the disciplinary responsibility of the defendants. As the district court has correctly explained, absolute prosecutorial and judicial immunity bar this action.

AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.